BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ESTHER D. ROSAS, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner <br> of Social Security, <br><br> Defendant. | Case No. 1:15-CV-00002-SAB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 28 days, from June 2, 2015 to June 30, 2015, to file the Certified Administrative Record (CAR).

There is good cause for this extension as the Office of Disability Adjudication and Review (ODAR) needs additional time to assemble the CAR for this matter. As such, Defendant requests a 28-day extension of time to assemble, produce, and file the CAR. Defendant apologizes to the Court for this delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

Respectfully submitted,

Dated: May 27, 2015                          */s/ Jacqueline A. Forslund*
                                             JACQUELINE A. FORSLUND
                                             (as authorized via email)
                                             Attorney at Law

                                             Attorney for Plaintiff


Dated: May 27, 2015                          BENJAMIN B. WAGNER
                                             United States Attorney
                                             DONNA L. CALVERT
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                           By:
                                              */s/ Annabelle J. Yang*
                                             ANNABELLE J. YANG
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant


**ORDER**

        APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   **May 29, 2015**
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE