# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER D. ROSAS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-00002-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>RESPONSE DUE WITHIN FIVE DAYS |

Plaintiff Esther D. Rosas filed a complaint on January 3, 2015. On January 6, 2015, a scheduling order issued. The scheduling order states that within 95 days from the filing of the administrative record, Plaintiff shall file an opening brief. Defendant lodged the Social Security administrative record on June 30, 2015. (ECF No. 15.) More than 95 days have passed and Plaintiff has not filed an opening brief nor sought an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within five (5) days of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __October 20, 2015__

                                                  UNITED STATES MAGISTRATE JUDGE