# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER D. ROSAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:15-cv-00002-LJO-SAB<br><br>DISCHARGING ORDER TO SHOW CAUSE AND GRANTING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF Nos. 18, 19) |

On September 20, 2015, the Court issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute.  On this same date, Plaintiff filed a stipulation to extend time for her to file the opening brief in this action.

Based on the foregoing, IT IS HEREBY ORDERED that the order to show cause issued September 20, 2015 is DISCHARGED, and Plaintiff's opening brief shall be filed on or before October 28, 2015.

IT IS SO ORDERED.

Dated:   **October 21, 2015**

UNITED STATES MAGISTRATE JUDGE

1